# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 407 EAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| RICHARD BROWN, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

AND NOW, this 1st day of February, 2017, the Petition for Allowance of Appeal is **GRANTED.** The issue, as framed by Petitioner, is as follows:

Did the Superior Court err by dispensing of the requirement that a defendant show prejudice to succeed on an ineffectiveness claim where counsel failed to meet with him?